USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/19/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATERA, INC.,

                Plaintiff,

v.

BIO-REFERENCE LABORATORIES, INC.,

                Defendant.

No. 16-cv-9514 (RA)

ORDER

On December 10, 2016, the Court denied Plaintiff's motion for a temporary restraining order and ordered the parties to submit a proposed briefing schedule and proposed hearing dates with respect to Plaintiff's motion for a preliminary injunction no later than December 12, 2016. Dkt. 3. That deadline has passed, and the Court has not received a responsive submission or a request for an extension. Accordingly, the parties are ordered to submit a proposed briefing schedule and proposed hearing dates for Plaintiff's motion for a preliminary injunction no later than January 26, 2017.

SO ORDERED.

Dated:    January 19, 2017
             New York, New York

Ronnie Abrams
United States District Judge