919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908                                    JENNER&BLOCK LLP

January 25, 2017

Stephen L. Ascher
Tel  (212) 891-1670
Fax (212) 891-1699
sascher@jenner.com

**VIA ELECTRONIC FILING**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Natera, Inc. v. Bio-Reference Laboratories, Inc.*, No. 1:16-cv-09514-RA

Dear Judge Abrams:

      I write on behalf of Plaintiff Natera, Inc. in response to the Court's January 19, 2017 Order (the "Order") directing the parties to submit a proposed briefing schedule and hearing dates for Plaintiff's motion for preliminary injunction no later than January 26, 2017.  The parties are currently in the final stages of memorializing a settlement agreement and will submit a stipulation of discontinuance promptly.  In the meantime, the parties respectfully request that the Court defer its Order regarding the submission of a briefing schedule and hearing dates.  Defendant Bio-Reference Laboratories, Inc. joins in this request.

      Respectfully submitted,

      /s/ Stephen L. Ascher

      Stephen L. Ascher

cc:     Ricardo Solano Jr., Esq. (counsel for Defendant)