IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NATERA, INC. | : |
| | :   No. 16-cv-9514 (RA) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BIO-REFERENCE LABORATORIES, INC. | : |
| | : |
| Defendant. | : |
| | : |

---

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), the plaintiff Natera, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Bio-Reference Laboratories, Inc.

Date:  February 23, 2017

By: ___/s/ Stephen Ascher____
Stephen L. Ascher
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
United States of America
+1 212 891 1600
sascher@jenner.com

*Attorney for Natera, Inc.*

1